**Entered on Docket**
**February 08, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-1
09-76684

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-23834-LBR |
| Antolin Esteban and Rhodora Esteban | Date:  12/30/09<br>Time: 10:00am |
| | Chapter 13 |
| Debtor(s). | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1   Secured Creditor U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-1, its
2   assignees and/or successors in interest, of the subject property, generally described as 6068 Camden
3   Cove St., North Las Vegas, NV 89081.
4
5          IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
6   Debtors and Trustee at least seven business days' notice of the time, place and date of sale.
7          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
8   withdraws its secured Proof of Claim filed in this matter.
9   ///
10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

1    IT IS FURTHER ORDERED that in the event a Notice of Default was recorded against this

2   particular property prior to July 1, 2009, the Debtor(s) can promptly submit a copy of this Order to the

3   State of Nevada, Foreclosure Mediation Program and the Order will be construed as an agreement

4   between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the

5   Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program.  The necessary

6   information can be accessed at "http://www.nevadajudiciary.us/".

7

8       DATED this _____ day of _____, 2010.

9

10  Submitted by:
    **WILDE & ASSOCIATES**

11           /S/GREGORY L. WILDE

12  By_____
         **GREGORY L. WILDE, ESQ.**

13       Attorney for Secured Creditor
         208 South Jones Boulevard

14       Las Vegas, Nevada 89107

15  APPROVED / DISAPPROVED

16

17  _____
    David Krieger
    1020 Garces Ave., Suite 100

18  Las Vegas, NV 89101
    Attorney for Debtor(s)

19

20  APPROVED / DISAPPROVED

21

22  _____
    Kathleen A. Leavitt
    201 Las Vegas Blvd. So.,  #200

23  Las Vegas, NV  89101
    Chapter 13 Trustee

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_    No parties appeared or filed written objections, and the trustee is the movant.

\_\_x\_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_x\_    failed to respond to the document

\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_x\_    failed to respond to the document

\_\_\_\_    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_\_\_    failed to respond to the document

\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_    approved the form of this order          \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or    \_\_\_\_    failed to respond to the document

\_\_\_\_    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor